Sunday
September 18, 2016

To whom This May Concern:

My name is Joe Henry Garcia #02043577 sentenced to 20 years in TDCJ (3-6-offense). I'm writing to check on status on my appeal (already submitted months ago) My current appeal out of San Patricio County was affirmed out of Court of Appeals in Edingburg. I properly filed for Pro Se Petition for Discretionary Review but they responded with "... appeal still pending out of 13th Court of Appeals" there is Corpus Christi. My attorney is Mr. Bill white P.O. Box 7422 Victoria Texas 77903. I don't currently have representation for appeal out of San Patricio. A response will be appreciated. Thank you for your time.

Respectfully
Submitted,

Joe Henry Garcia

RECEIVED

SEP 2 2 2016

18th COURT OF APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 26 2016

Abel Acosta, Clerk

13-16-00003-CR